UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIANNA WILLIAMS, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 07-3597** |
| | * | |
| **BARRIERE CONSTRUCTION** | * | |
| **COMPANY, L.L.C. ET AL** | * | **SECTION "L"(4)** |

### ORDER OF DISMISSAL

On May 7, 2008, the Court granted the Plaintiffs' Motion to Sever (Rec. Doc. No. 16) and ordered that the Plaintiffs file amended complaints within fifteen (15) days of the date of the Order. On June 20, 2008, counsel filed amended complaints in each of the purported class actions. Each new suit was assigned a new case number. No amended complaint has been filed in the instant suit.

On January 17, 2009, the Plaintiffs filed a motion to remand (Rec. Doc. No. 46-2).

The Court ordered that the cases be severed because it recognized the lack of commonality among the claims for the purposes of joinder. The Court noted that any substantive motions still pending in the original case must be re-filed in any newly assigned cases to which they pertain. In accordance with the Court's order, designated Plaintiffs filed six (6) separate suits against the corresponding Defendants. Each new suit was assigned a new case number. The original suit is no longer the proper suit for subsequent filings. In order to seek remand, the Plaintiffs should appropriately file the motion in the severed case(s). Accordingly, the Plaintiffs' Motion to Remand in the instant case must be denied.

Accordingly, IT IS ORDERED that the Plaintiffs' Motion to Remand is DENIED.

IT IS FURTHER ORDERED that the Plaintiffs' Complaint in the instant matter is

hereby DISMISSED WITH PREJUDICE. The status conference, currently set for June 9, 2009, is hereby CANCELLED.

New Orleans, Louisiana, this 8th day of June, 2009.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE